MORLAN, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Newberry A. Morlan against Ephraim L. Davis. No opinion. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event. *Held,* that there was not sufficient evidence of the authority to the defendant's son to employ the plaintiff, and the evidence of ratification is insufficient to warrant the finding of the jury. All concur, except WARD, J., dissenting.

MORTS, Respondent, v. VILLAGE OF HERKIMER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Viola M. Morts, an infant, by Howard M. Morts, her guardian ad litem, against the village of Herkimer. No opinion. Judgment and order affirmed, with costs.

In re MULLER. (Supreme Court, Appellate Division, First Department. December 10, 1897.) In the matter of Anna Muller, deceased. No opinion. Motion granted, unless appellant serve copy of "case" as filed, and pay $10 costs.

MURPHY, Appellant, v. DAVIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 18, 1897.) Action by Edward H. Murphy against Henry L. Davis, guardian, etc., and another. No opinion. Motion denied, with leave to renew upon the decision of the appeal from the order in the First department. See 46 N. Y. Supp. 314.

MURRAY, Respondent, v. CHARMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 31, 1897.) Action by William Murray against May Charman and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re NASSAU TRUST CO. OF CITY OF BROOKLYN. (Supreme Court, Appellate Division, Second Department. December 14, 1897.) In the matter of the application of the Nassau Trust Company of the City of Brooklyn to be appointed as a legal depositary. No opinion. Referee's report confirmed, and application granted.

NATIONAL HARROW CO., Respondent, v. BEMENT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by the National Harrow Company against ... Bement and Sons. No opinion. Motion granted. See 39 N. Y. Supp. 1129; 47 N. Y. Supp. 462.

NATIONAL HARROW CO., Appellant, v. HENCH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by the National Harrow Company against Samuel N. Hench and another. No opinion. Order affirmed, with $10 costs and disbursements.

NOBLE v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Second Department. August Term, 1897.) Action by Minnie Noble against the New York Central

& Hudson River Railroad Company. No opinion. Application for leave to appeal to the court of appeals granted. See 46 N. Y. Supp. 645.

In re NOBLES. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action in the matter of the application of George R. Nobles for the revocation and cancellation of the liquor tax certificate of James H. Youngs. No opinion. Order affirmed, with costs. All concur, except WARD, J., not voting.

NORTH et al., Respondents, v. G. H. HAMMOND CO., Appellants. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) Action by Gabriel S. North and others against the G. H. Hammond Company. No opinion. Judgment and order affirmed, with costs.

O'CONNOR, Respondent, v. CHURCH OF ST. FRANCIS DE SALES, Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by John O'Connor against the Church of St. Francis de Sales. J. A. Dunn, for appellant. M. S. Hyman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re ODELL. (Supreme Court, Appellate Division, Second Department. May 21, 1897.) In the matter of Gasper L. Odell, recorder of the city of Poughkeepsie. No opinion. This proceeding is properly instituted before this court. The matter will be referred to Robert F. Wilkinson to take proof, under chapter 354 of the Laws of 1880. Order to be settled on five days' notice by the Presiding Justice.

OLDENSCHLAGER v. KNABE. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Jacob Oldenschlager against Diedrich Knabe. No opinion. Motion granted, with $10 costs.

PALMER, Respondent, v. GREGGONS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Henrietta Palmer against Thomas Greggons. No opinion. Judgment and order affirmed, with costs.

PALMER, Respondent, v. PALMER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Henrietta Palmer against William H. Palmer. No opinion. Judgment and order affirmed, with costs. See 40 N. Y. Supp. 829.